1)
2)
3) Michael G. Capps
     Plaintiff
4) V.
5) The Oconee County Sheriff's
    Department, Mike Crenshaw,
6) Kevin Davis, Jeff Underwood,
7) Bryan Long, Justin Pelfrey, Josh
    Labrecque, Oconee County Counsel,
8) Edda Cammick, David Root,
9)                    Defendants

Hand-Delivered

COMPLAINT

Case No. 1:18cv280-MR-DLH

Jury Trial Demand

FILED
ASHEVILLE, N.C.

OCT 02 2018

U.S. DISTRICT COURT
W. DIST. OF N.C.

## STATEMENT OF FACTS

13) This began on January 15, 2017 when I, Michael G. Capps, was peacefully and lawfully
14) taking pictures of the sunset at sunset. I was also videoing with a phone attached to a device
15) I had invented and created which fit around my neck. Two females approached me from
16) about 1000 feet away, coming up a neighbor's driveway, and began questioning me as to
17) what I was doing. They first ask, because I was clearly taking pictures of the sky, if I was
18) taking pictures of the scenery, I answered yes. They kept speaking as the video shows and
19) records every word and they began to disturb my peace and I clearly was not bothering them
20) in any way whatsoever and was clearly taking pictures of the sky and thus my answers
21) became more sharp and annoyed. They made some statement that I scared some crap out of
22) some kids I never saw and clearly the females only brought up kids as an afterthought when
23) I became upset and disturbed at these later to be proven dishonest by my video females
24) approaching me over 1000 feet from their homes to interfere with me. I answered they must
25) be wussy kids although I never saw any kids and was over 1000 feet and almost completely
26) out of sight from where these women had come from. They stated they would call the police
27) and I went back to my home to finish taking pictures of the sunset and clouds from an area I
28) felt was free of aggressive and nosey people like the two females.

1) As I was again peacefully taking pictures of the sunset and clouds, my video shows
2) Officer Josh Labrecque, hereafter called "Labrecque", cross the road and for about
3) 600 feet approach me and observe me taking pictures of the sky and clouds.
4) As Labrecque drew even with me I became aware of him and officer Justin Pelfrey,
5) hereafter called "Pelfrey" and told him I did not want to speak to him thus invoking
6) my right to remain silent and also told him I wanted an attorney present before he ask
7) and I answered any question, these invoked rights were totally ignored. He stated the
8) Oconee County Sheriff's Officer, hereafter called "OCSD" had received a call that I
9) was taking pictures across the road and possibly taking pictures of kids.
10) I requested the call audio along with all body cam footage of the three officers
11) involved in three separate FOIA request, in the last the attorney for defendants OCSD,
12) in a 42 USC 1983 action in District court sent me some of what I requested. However,
13) the CD and DVD's of the audio and bodycam footage stated "Playback not available"
14) on the three top of the line DVD players I tried to play the DVD's and CD in. This
15) seems another attempt to hinder and obstruct justice and hide facts of the case by the
16) OCSD and their attorney James W. Logan Jr. by sending me defected DVD's and CD.
17) Although I invoked my right of silence I answered each question honestly ask by
18) Labrecque, I **was not** taking pictures of any kids **and I never saw any kids**. I ask if
19) the false report were true would it be a crime or violation to take pictures of kids out in
20) public view, he stated it was not. He ask me for my ID and I having sworn to uphold
21) and defend the US Constitution against all enemies of it, foreign and domestic, even
22] him, and him ignoring my invoked rights from our first words, I told him I was not
23) going to give him my personal private information, as this is my 4th Amendment right
24) and I then tried to break contact and walk away and was then unlawfully detained by
25) him and Pelfrey. Pelfrey and Labrecque then, besides their violation of my 4th
26) Amendment right against unreasonable (unlawful) seizures and my Section 10 right for
27) the same in the South Carolina Declaration of Rights violated SC Code of Laws 17-13-
28) 15, a felony, 7 or more times by refusing to state the crime I was being detained for.

1) Pelfrey and Labrecque were always very evasive when I ask them what crime they were
2) detaining me under as it is unlawful and highly illegal to detain an American
3) citizen without reasonable suspicion or probable cause a crime has occurred, proving they
4) knew this was an unlawful action on their part and were okay with being criminal.
5) After their completed professional police investigation into this known non crime they
6) declared no crime or violation had occurred and I had done nothing wrong and although
7) they stated then and later it was all about protecting kids they did not even ask any kids any
8) questions or state if they even saw any distressed kids at all. After knowing I was innocent
9) of the non crime for awhile they released me from the unlawful detainment.
10) I had requested a supervisor, which they had kept refusing to call, on scene, but finally
11) did state one was coming. A Sgt. Bryan Long, hereafter called "Long". Long came on
12) scene threatening to spread slander about me, very upset I had invoked my rights, I was
13) then unlawfully put in handcuffs and abducted and injured for the reason that even their
14) own attorney states was simply because I exercised my 4th and 5th Amendment rights to not
15) cooperate with a police investigation. And Long along with Pelfrey and Labrecque
16) knowingly violated SC Code of Law 16-3-910, kidnapping. and 16-3-920, conspiracy to
17) kidnap, as all present knew that no crime has occurred and I have done nothing wrong.
18) Long also steals, stops it from recording their unlawful acts and unlawfully searches my
19) camera seeing I was taking pictures of the sunset, it is returned to me after the kidnapping.
20) I was placed handcuffed in the back of a squad car for 30 plus minutes in a seat too small
21) for a human being to be safely placed and my hands and wrist are injured by the cuffs due
22) to the unsafe way I am forced to sit. When the cuffs are removed my hands and wrist are
23) hurt and visibly injured and Pelfrey sees the injuries and states my injuries are from how I
24) was forced to sit in his car while being unlawfully abducted.
25) I was told the two female complainants stated I said I was a pedophile and I wanted to
26) make a formal complaint that they lied to police, a criminal act. Pelfrey denied my right
27) under common law and Section 3 of the SC Declaration of Rights to file this complaint.
28) But later I was told by the complainants the police lied to the females I was a pedophile..

1) The attorney for defendants, James W. Logan Jr., met my third FOIA request with
2) DVD's and a CD which do not play in three high end DVD players I have attempted
3) to play them in This is typical of the lack of respect for the laws of South Carolina and justice
4) and the facts of this case I have encountered from the Oconee County Sheriff's Department
5) and now the attorney the police union has hired, who himself boldly states his clients
6) unlawfully abducted and injured me simply because I invoked and exercised my rights to not
7) cooperate with a police investigation into a known non crime, which is a criminal act.
8) Thus I am still left in the dark as to the audio of the call to OCSD and bodycam to see if the
9) complainants were honest by telling me it was OCSD officers who lied to them I was an
10) admitted pedophile by this despicable and underhanded bad faith act by James W. Logan Jr.
11) by sending me unplayable DVD's of the officer's bodycams and I assume the unplayable CD
12) was of the call on a CD that is unplayable in 3 separate DVD players and 2 CD players..
13) However James W. Logan Jr. did send me a copy of a report chagrining me with the false
14) charge of 'MINOR CRIMINAL SOLICITATION OF A MINOR" the charge states a person
15) has to have had contact with the minor which not only never happened, I never saw any
16) minors, but also was never alleged to have occurred. This is a false charge libel, assigned by
17) the OCSD to counter my request for criminal investigation of the officers involved in
18) kidnapping me and to excuse the crimes of the officers involved and to defraud my insurance
19) claim, which worked, the insurance claim for my injuries to my wrist and hands was dropped
20) by the South Carolina Insurance Reserve Fund due to libel and these false charges.
21) This report also claims I used a computer to solicit a minor, another libelous false charge.
22) This is an intentional, malicious and punitive acts of libel, criminal acts of the OCSD and a
23) violation of my SC Declaration of Rights right Section 16 and meant to harm me. It has
24) already done harm in my insurance claim and in having SLED not investigate the kidnapping
25) charges I filed against the OCSD and could effect my standing in a program giving housing to
26) me as a homeless disabled American veteran who served honorably and was discharged
27) honorably and has lived honorably, only to meet up with the criminal OCSD. This criminal
28) libel was hidden from me for 19 months and two other FOIA request because it is criminal.

1) I contacted Senior Officer Jeff Underwood asking for a police investigation into
2) crimes committed against me by his officers in which he also slandered a false
3) charge and refused to do his sworn duty, committing common law misconduct in
4) office, and a violation of Section 3 of the SC Declaration of Rights, hereafter called
5) "SCDOR", and is guilty of malfeasance, misfeasance and nonfeasance and an
6) accessory after the fact of kidnapping and other felonies and is guilty of obstructing
7) and hindering justice..
8) I then called and spoke with Deputy Chief Kevin Davis, who also refused to do his
9) duty and investigate my charges against his officers and refused my FOIA request
10) by stating it had to be on their paper. He also assigned a false charge to me in order
11) to excuse the crimes of his officers and is thus also guilty of common law
12) misconduct in office, violating Section 3 of the SCDOR, malfeasance and
13) nonfeasance, accessory after the fact of kidnapping and other felonies, libel and
14) obstructing and hindering justice.
15) I then contacted Oconee County Counsel chairwoman Edda Cammick in an effort
16) to bring justice to this matter and she did contact Sheriff Mike Crenshaw, hereafter
17) called "Crenshaw" and in a recorded phone call stated she received an email as an
18) official response and in it he stated he saw my video and his officers' videos and was
19) okay with their violations of criminal acts and my rights and would not investigate or
20) give me the insurance carrier's name for me to file a claim regarding my injuries
21) thus committing common law misconduct in office, accessory after the facts of
22) kidnapping and other committed felonies, libel and insurance fraud, violating Section
23) 3 of the SCDOR, malfeasance and nonfeasance.
24) I kept after Edda Cammick to exercise her sworn authority over the OCSD and
25) bring justice to this matter, I detailed the crimes committed and brought county
26) attorney, David Root, into the process in an effort to get county counsel to act in their
27) sworn duty as overseers of the county and the OCSD,. She would not go against
28) Crenshaw or even tell me his insurance carrier, lying she had no idea who it was.

1) Edda Cammick, David Root and Oconee County Counsel in either fear or friendship
2) with the OCSD and Crenshaw and defendants by refusing to act in their official
3) capacity after being informed of the facts OCSD committed criminal violations of laws
4) and rights and there is a video on YouTube proving said facts are guilty of accessory
5) after the fact of kidnapping and other felonies, common law misconduct in office,
6) malfeasance, misfeasance, and nonfeasance. David Root as an officer of the court has a
7) higher standard to act on knowledge of criminal actions and rights violations by the
8) OCSD.
9)
10) **DAMAGES**
11) I ask the court to rule in my favor after I prove all stated in my complaint in court by
12) a preponderance of the evidence and award me $10,000,000 (Ten million dollars) in
13) both real and punitive damages with the amount paid by defendants as a whole or
14) $2,000,000 each. I also ask the court to have the OCSD and all who accessed the false
15) report generated punitively against me with a malicious and libelous false charge, and
16) to defraud insurance, be wiped clean and an on record apology by all defendants
17) admitting this crime of libel and it's falsehood be placed in record. I also ask the court
18) to issue a bench warrant for all criminal activity by defendants and that they be taken
19) into custody and charged with the crimes I allege and I state I can prove in criminal
20) court beyond a reasonable doubt . I also ask that attorney James W. Logan Jr. be
21) reprimanded by the court for providing me unusable DVD's and a CD in his bad faith
22) effort to pretend to meet the three state FOIA law requests I have made. And to compel
23) defendants to supply me with all bodycam footage and audio of the complainant's call
24) to OCSD preferably in video MP4 and audio MP3 formats on a flash drive or SD card.
25) I swear all I state here is true and factual to the best of my knowledge. Edda
26) Cammick on a recorded phone call informed me all judges and jurors in Oconee county
27) are dishonest and would find for the defendants regardless of the facts of the case if I
28) filed this complaint. This recording is available as evidence.

| Michael Capps<br>1525 Coon Creek Rd<br>Franklin NC<br>28734 | Attorney for OCSD and all officers involved:<br>James W. Logan Jr<br>Logan & Jolly, LLC<br>PO Box 259<br>Anderson, SC, 29622 | Attorney for Oconee County Council<br>David Root<br>415 South Pine Street<br>Walhalla, SC 29691 |
|---|---|---|
| Edda Cammick<br>415 S. Pine Street<br>Walhalla, SC 29691 | | |

Video evidence submitted is available on YouTube titled "Arrested for ID Refusal" under Channel name "Fox Wolf" at link http://youtu.be/HiVoQ8YQDn0   (Small i after capital H, small o after V and a 0, (Zero) at the end) and all defendants have it available.

_____, 10-2-18

Michael Capps _____ 2018

### Special Note

I do maintain an apartment in Seneca SC but now live in North Carolina because mostly I am trying to avoid a stated murder contract a Chris A.B., a member of the Aryan Brotherhood who spoke to me at the apartments where I am in a homeless program, and he had information that could have only come from the OCSD. He informed me his fellow Aryan Brotherhood member, Sgt. Bryan Long, placed on me to be murdered. I do not know if this is true or just hearsay, but I know Sgt. Long is a loose cannon not above kidnapping a known innocent citizen and the Aryan Brotherhood to which he is claimed to be a member is dangerous. Also the Oconee County Sheriff's Office is criminal, acts unlawfully and is also very dangerous, I am in fear of my life and safety but standing up for justice and hoping justice will prevail.

If I am murdered or die before completion of this suit I would like the suit to go forward and any and all awards be given to my estate…

_____, 10-2-18

Michael Capps

Page 7 of 7

Case 1:18-cv-00280-MR-DLH     Document 1     Filed 10/02/18     Page 7 of 7